```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-13-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
VITO GALLICCHIO,

                              Movant,

      -against-

UNITED STATES OF AMERICA,

                            Respondent.

-------------------------------------------------------------- x

20-CV-8764 (ALC)
17-CR-390 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Movant shall file a response to the declaration submitted by his former attorney, Irving Cohen on or by May 11, 2023.

**SO ORDERED.**

**Dated:**    New York, New York
             April 13, 2023

                                                      **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**