```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
VITO GALLICCHIO,                                 :
                                                      20-CV-08764 (ALC)
              Petitioner,                        :    17-CR-00390 (ALC)

     -against-                                   :    ORDER

UNITED STATES OF AMERICA,
                                                 :
              Respondent.
                                                 :
---------------------------------------------------------------X
```

**ANDREW L. CARTER, United States District Judge:**

The Court is in receipt of Respondent United States of America's motion for entry of a Preliminary Order of Forfeiture as to Substitute Assets. ECF No. 20. Petitioner Vito Gallicchio has yet to respond. Petitioner is hereby ordered to respond no later than **May 22, 2023**.

**SO ORDERED.**

**Dated:   April 20, 2023**
**         New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

1