UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| VITO GALLICCHIO, | : | |
| | | 20-CV-08764 (ALC) |
| Petitioner, | : | 17-CR-00390 (ALC) |
| -against- | : | **ORDER** |
| UNITED STATES OF AMERICA, | | |
| | : | |
| Respondent. | | |
| | : | |

-------------------------------------------------------------X

**ANDREW L. CARTER, United States District Judge:**

The Court is in receipt of Respondent United States of America's motion for entry of a Preliminary Order of Forfeiture as to Substitute Assets. ECF No. 20. Petitioner Vito Gallicchio has yet to respond. Petitioner is hereby ordered to respond no later than **May 22, 2023**.

**SO ORDERED.**

Dated:   April 21, 2023
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge